In the MATTER OF the PETITION OF Gregory K. TRENTON, III for A Writ of Mandamus.[1]

No. 401, 2016

Supreme Court of Delaware.

Submitted: August 23, 2016
Decided: September 8, 2016

DISMISSED.

Ray LLOYD, Defendant Below, Appellant,

v.

STATE of Delaware, Plaintiff Below, Appellee.

No. 361, 2016

Supreme Court of Delaware.

Submitted: September 2, 2016
Decided: September 8, 2016
Corrected: September 28, 2016

Court Below—Common Pleas of the State of Delaware, Cr. ID No. 1505001567

DISMISSED.

Earl STRONG, Defendant Below-Appellant,

v.

WELLS FARGO BANK, NA, Plaintiff Below-Appellee.

No. 148, 2016

Supreme Court of Delaware.

Submitted: July 15, 2016

Decided: September 13, 2016

Rehearing En Banc Denied September 20, 2016

Court Below: Superior Court of the State of Delaware, C.A. No. K15C-03-003

AFFIRMED.

---

1. The Court previously assigned a pseudonym to the petitioner under Supreme Court Rule 7(d).